NYC 4900 Holdings LLC, Petitioner-Landlord
against
Fatima Siad, Respondent-Tenant-Appellant.




Tenant, as limited by her briefs, appeals from so much of an order of the Civil Court of the City of New York, New York County (Daniele Chinea, J.), dated November 20, 2018, which denied her motion to vacate a stipulation of settlement in a holdover summary proceeding.




Per Curiam.
Order (Daniele Chinea, J.), dated November 20, 2018, affirmed, with $10 costs.
We find unavailing tenant's assertion that her former attorney lacked actual authority to enter into the December 21, 2017, two-attorney, so-ordered stipulation settling the underlying holdover summary proceeding. "Assuming arguendo that [the attorney] lacked the real authority to do so, as a matter of law, [he was] certainly clothed with apparent authority and the [landlord] reasonably relied upon that appearance of authority" (1420 Concourse Corp. v Cruz, 175 AD2d 747, 749 [1991], citing Hallock v State of New York, 64 NY2d 224, 231 [1984]). In this regard, counsel had appeared at every court appearance on tenant's behalf since at least July 2017, signed and submitted several stipulations of adjournment and other court papers, and engaged in settlement negotiations prior to execution of the underlying stipulation.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: September 25, 2019